# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Corine French<br><br>    Plaintiff,<br><br>v.<br><br>Frederick J. Hanna & Associates, P.C.<br><br>    Defendant. | CASE NO.: 1:08-cv-02123<br><br>JUDGE: Der Yeghiayan<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    Attorney for Plaintiff
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Frederick J. Hanna & Associates, P.C.
c/o Frederick J. Hanna, Registered Agent
1655 Enterprise Way
Marietta, GA 30067

                                            s/Timothy J. Sostrin